LAW OFFICES OF JACQUELYNE M. NGUYEN
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-5507 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| EDUARD AGOPIAN, AKA EDUARD FILIP AGOPIAN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Eduard Agopian, aka Eduard Filip Agopian, in the principal amount of $2,823.32 plus interest accrued to June 21, 2012, in the sum of $3,819.25; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,642.57**.

DATED:  7/27/2012            By: TERRY NAFISI
                                 Clerk of the Court
                                 L. RAYFORD
                                 Deputy Clerk
                                 United States District Court